BILL NO. __1182_____     ORDINANCE NO. __2013.04_____

**AN ORDINANCE AMENDING THE MUNICIPAL CODE OF THE CITY OF DESLOGE, MISSOURI, BY REPEALING SECTION 615.070: PROHIBITION AGAINST SOLICITATION IN STREETS AND BY ENACTING TITLE II: PUBLIC HEALTH, SAFETY AND WELFARE – SECTION 220.205: PEDESTRIANS PROHIBITED FROM SOLICITING IN ROADWAYS — SEVERABILITY — EFFECTIVE DATE.**

**BE IT ORDAINED BY THE BOARD OF ALDERMEN OF THE CITY OF DESLOGE, MISSOURI:**

**Section 1.**  That the Board of Aldermen of the City of Desloge, Missouri does hereby repeal Section 615.070: Prohibition Against Solicitation In Streets and enacts Title II: Public Health, Safety and Welfare – Section 220.205: Pedestrians Prohibited From Soliciting In Roadways as follows:

**SECTION 220.205: PEDESTRIANS PROHIBITED FROM SOLICTING IN ROADWAYS**

    A. *Definitions.*  For the purposes of this Section only, the following terms shall be defined as follows:

*ROADWAY:* The portion of a street or highway improved, designed or ordinarily used for vehicular travel and extending from one (1) curb or edge of pavement to the opposite curb or edge of pavement, including lanes commonly used for parking and including center medians and lane dividers.

*SIDEWALK:* That portion of a public right-of-way between the curb lines, or the lateral lines of a roadway, and the adjacent property lines intended for use by pedestrians.

    B. *Prohibited Conduct.*  No person shall stand in or enter upon a roadway for the purpose of soliciting rides, employment, business or charitable contributions from, or distribute anything to, the occupant of any vehicle, except from the occupants of motor vehicles parked off the traveled portion of a roadway adjacent to a sidewalk if the solicitor is on a sidewalk.

**Section 2.**  In the event that any section, sentence clause, phrase or portion of this Ordinance is held to be invalid by a court of competent jurisdiction, the remainder shall continue in full force and effect, to the extent the remainder can be given effect without the valid portion.

**Section 3.**  This Ordinance shall be in full force and effect from and after its passage and approval.

FIRST READING: April 8, 2013      SECOND READING: April 8, 2013

| | AYE | NAY | ABSENT | ABSTAIN |
|---|---|---|---|---|
| WARD I | | | | |
| Alderman M. Westbrooks | X | | | |
| Alderman J. Jones | X | | | |
| WARD II | | | | |
| Alderman J.D. Hodge | X | | | |
| Alderman C. Gremminger | X | | | |
| WARD III | | | | |
| Alderman A. Sutton | X | | | |
| Alderman J. Hulsey | X | | | |

PASSED AND APPROVED THIS 8th DAY OF APRIL 2013, BY A VOTE OF SIX AYES, ZERO NAYS, ZERO ABSTENTION AND ZERO ABSENT.

**CITY OF DESLOGE, MISSOURI**

BY: _____

David Kater, Mayor

ATTEST:

_____

Linda R. Moore, City Clerk CMC/MRCC

CITY OF DESLOGE
ST. FRANCOIS COUNTY, MISSOURI
**SEAL**