**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TRADITIONALIST AMERICAN KNIGHTS ) <br> OF THE KU KLUX KLAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF DESLOGE, MISSOURI, ) <br> ) <br> Defendant. ) | Case No. 4:13-CV-810 NAB |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs Traditionalist American Knights of the Ku Klux Klan ("KKK") and Frank Ancona's Motion for Preliminary Injunction. [Doc. 5.] A hearing was scheduled on this matter for August 22, 2013, but the hearing did not take place.

A telephone conference was held in chambers on August 22, 2013 at 11:30 a.m. Plaintiffs' counsel appeared in person. Defendant's counsel appeared by telephone. During the telephone conference, Defendant's counsel sought a continuance of the hearing regarding the motion for preliminary injunction. Defendant also represented it would not enforce the ordinance at issue until September 12, 2013. The Court granted Defendant's request for a continuance and continued the hearing until September 11, 2013 at 11:00 a.m. The Court also granted Plaintiff leave to file a reply brief in support of their Motion for Preliminary Injunction no later than August 29, 2013 and Defendant leave to file a sur-reply no later than September 5, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue is **GRANTED**.

**IT IS FURTHER ORDERED** that a hearing on Plaintiffs' Motion for Preliminary Injunction is **RESET** to **Wednesday, September 11, 2013** at **11:00 a.m**. in Courtroom 9 North in the Thomas F. Eagleton Courthouse.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their reply brief no later than August 29, 2013.

**IT IS FURTHER ORDERED** that Defendant shall file its sur-reply no later than September 5, 2013.

Dated this 22nd day of August, 2013.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE